Samuel M. Goodman, in Behalf of Himself and in Behalf and for the Benefit of All Other Stockholders of the Crystal Corporation Similarly Situated, Respondent, v. Crystal Corporation and Others, Appellants, Impleaded with Others, Defendants.— Order so far as appealed from granting plaintiff's motion for examination of defendants-appellants before trial, and for inspection of books and records of said defendants, unanimously modified by striking out items 3, 4, 7, 8, 10, 21 and 29, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of Bank of Manhattan Trust Company, as Administrator, etc., of Helena Scheuermann, Also Known as Helena Stortz, Deceased, for a Peremptory Mandamus Order Directing Arthur J. W. Hilly, as Corporation Counsel or Chief Law Officer of the City of New York, to Institute Proceedings Pursuant to Chapter 1006 of the Laws of 1895, and the Acts Amending the Same, to Determine the Compensation for the Damage by Reason of the Closing of Old Third Avenue, Formerly Old Fordham Avenue, in the Borough of Bronx, City of New York.— Order granting petitioner's motion to the extent of referring the matter of petitioner's claim to commissioners of estimate and assessment, appointed by order of this court dated April 13, 1934, to ascertain and determine the compensation which should justly be made to the petitioner for the damage, if any, sustained by reason of the closing of Old Third avenue, New York city, unanimously affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

William Adams Delano and Another, Copartners, etc., Appellants, v. Central Hanover Bank and Trust Company, Respondent, Impleaded with Others, Defendants.— Order granting defendant's motion for a bill of particulars unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The bill of particulars to be served within thirty days after service of order. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of Henry Mittler, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of Harold L. Kunstler, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Frederick L. Miller, on Behalf of Himself and All Other Persons Similarly Situated, v. Setay Company, Inc., and Others, Impleaded, etc.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of Sonia Cherniack for the Appointment of a Guardian ad Litem for Jullis Cherniack, an Alleged Incompetent over the Age of Twenty-one. Sonia Cherniack — The Prudential Insurance Company of America.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.